UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JEFFREY BELTON,

               Plaintiff,

  -against-

NIKOLAS BUDIMLIC, RICH WILEY,

              Defendants.
--------------------------------------------------------------------X

JUDGMENT
99-CV- 6959 (RJD)

      A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on January 15, 2004, granting defendants' motion for summary judgment in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered granting defendants' motion for summary judgment in its entirety.

Dated: Brooklyn, New York
       January 20, 2004

                                            ROBERT C. HEINEMANN
                                            Clerk of Court